# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 24, 2021

Lyle W. Cayce
Clerk

No. 21-50395
Summary Calendar

KEITH TYRONE CARROLL,

*Plaintiff—Appellant*,

*versus*

CHRISTOPHER L. CORNISH, TITLE VI-D AGENT; CENTEX CHILD PROTECTIVE COURTS 1;2, THIRD ADMINISTRATIVE JUDICIAL REGION, BELL COUNTY; TEXAS DEPARTMENT OF FAMILY AND CHILD PROTECTIVE SERVICES; THORVARY LUNDQUIST; SHANTERRIA MOORE; HAROLD HARDY, II; ANNETTE HALL,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-333

Before CLEMENT, HO, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.